

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-CR-887 |
| ) | Chief Judge Rubén Castillo |
| ANTONIO WILLIAMS and JOHN HUMMONS ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 12-CR-632 |
| v. ) | Chief Judge Rubén Castillo |
| ) | |
| ALFRED WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

## AGREED ADDENDUM TO PROTECTIVE ORDER

It is hereby ordered that the agreed Protective Order entered by this Court on May 26, 2015, regarding Illinois States Police (ISP) data is modified to authorize defendants' expert, Dr. Jeffrey Fagan, and his agents, to disclose certain Chicago Police Department arrest information data produced by ISP directly to Officer Randy Nichols of the Chicago Police Department (CPD). The purpose of this addendum is to enable the CPD to provide Dr. Fagan and his agents with location information for the arrests in ISP's dataset.

ENTERED THIS 14th DAY OF March, 2016.

_____
Chief Judge Rubén Castillo
U.S. District Court

Entered on docket on April 18, 2016